ANAHMA REALTY CORPORATION, Respondent, v. EDGAR A. LEVY LEASING COMPANY, INC., Appellant.— Judgment and order reversed, with costs, and the motion

denied, on the ground that the answering affidavit sets up facts which should be tried. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.